UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: |
| | : | |
| | : | VIOLATION: |
| v. | : | |
| | : | Count One: |
| | : | 18 U.S.C. § 371 |
| | : | (Conspiracy) |
| JOHN BAGGETT, | : | |
| | : | |
| Defendant | : | |

INFORMATION

The United States charges that:

COUNT ONE

18 U.S.C. § 371 - Conspiracy

GENERAL ALLEGATIONS

Unless specified otherwise, at all relevant times:

1.      Beginning on or about December 31, 2001, through on or about May 31, 2002, within the District of Columbia, and elsewhere, the defendant,

**JOHN BAGGETT**

did knowingly and intentionally conspire and agree with others to deliver and cause to be delivered through interstate wire false and misleading and knowingly inaccurate reports concerning market information and conditions that tended to affect the price of natural gas, a commodity in interstate commerce, contrary to Title 7, United States Code, Section 13(a)(2).

## PURPOSE OF THE CONSPIRACY

2.      It was a purpose of the conspiracy for the defendant **JOHN BAGGETT** and others to report false natural gas trading information to market pricing indices in order to benefit the trading positions of his employer, American Electric Power Energy Services ("AEPES"), or AEPES' Gulf Desk.

## MANNER AND MEANS

3.      The defendant **JOHN BAGGETT** and others carried out the conspiracy through the following manner and means:

   a.      As a physical trader of natural gas for AEPES, the defendant **JOHN BAGGETT** would assist the head natural gas trader for the Gulf Desk and others in reporting natural gas trades for AEPES' Gulf Desk to the industry publications *Inside FERC* and *Gas Daily* for their use in calculating natural gas pricing indices.

   b.      The defendant **JOHN BAGGETT** and others would report or cause to be reported fictitious trades to *IFERC* and *Gas Daily* to skew the published index prices in a direction that would result in a benefit to AEPES or the Gulf Desk's natural gas positions.

## OVERT ACTS

4.      In furtherance of the conspiracy and to achieve its purposes, the defendant **JOHN BAGGETT** and others committed the following overt act, among others, in the District of Columbia and elsewhere:

   On or about February 28, 2002, the defendant **JOHN BAGGETT** and others caused a spreadsheet that contained false and manipulated natural gas trading data to be sent via interstate wire from AEPES' offices in Columbus, Ohio to *Inside FERC*'s offices in Washington, D.C., for

inclusion in the *IFERC Report*'s First of the Month March 2002 report.

All in violation of Title 18, United States Code, Section 371.

                                                STEVEN A. TYRRELL
                                                Acting Chief, Fraud Section

Date: 1/29/07

                                                Robertson Park, Assistant Chief
                                                Amanda Riedel, Trial Attorney
                                                United States Department of Justice
                                                Criminal Division, Fraud Section