UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal Case No. 07-21 |
| | ) | |
| | ) | |
| JOHN BAGGETT | ) | |

WAIVER OF INDICTMENT

I, **JOHN BAGGETT**, the above-name defendant, who is accused of

18 USC 371
Conspiracy

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **February 15, 2007** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: _____
Judge John D. Bates