USA v. John Baggett

## Statement of Offense

American Electric Power ("AEP") was an energy company based in Columbus, Ohio involved in both power generation and the marketing of energy products. AEP engaged in the buying and selling of energy-linked commodities including natural gas. AEP's natural gas trading subsidiary, American Electric Power Energy Services, Inc. ("AEPES"), had three primary goals: (1) to ensure physical delivery of natural gas and electricity to customers; (2) to hedge against adverse price fluctuations in the market; and (3) to take speculative positions that involve more risk but have the potential to generate higher profits. To achieve these goals, traders engaged in both physical and financial trades.

Physical trades call for the delivery of natural gas to specific locations. In contrast, financial trades generally are entered into without either party to the transaction intending to take delivery of any natural gas. Financial trades can be entered on the New York Mercantile Exchange (called futures contracts) or off-exchange directly between companies (called forward contracts). Financial trades can be used both to speculate and to hedge against price risk in the physical markets. Regardless of the type of transaction, the counter-parties can agree to any price, but often contract prices are tied to published index prices, described below.

Platts, a division of the McGraw-Hill Companies located in Washington, D.C., provided information to the energy industry through a variety of publications, including *Inside FERC's Gas Market Report* and *Gas Daily*. *IFERC* published first of the month natural gas prices for dozens of locations, or "hubs," and *Gas Daily* provided detailed coverage of natural gas prices at interstate pipelines and pooling points in major U.S. markets. Specifically, *IFERC* calculated monthly index prices using trading data it collected from natural gas traders during the

last trading days week of each month, called "bid week."

From ~~November 1999~~ March 2001 through October 2002, I was a Physical or cash trader on the natural gas trading floor at AEPES. I reported to Joseph Foley who was the supervisor and the lead basis trader for AEPES's Gulf Desk. Through my own physical trades of natural gas, I assisted Mr. Foley in his responsibility for overseeing the buying and selling of natural gas products in the Gulf of Mexico region of the U.S. to take advantage of the difference between the price of a physical natural gas contract at a particular location and the price of a standard "Natural Gas" contract traded on the New York Mercantile Exchange. During my employment at AEPES, both basis and physical traders reported baseload transactions to the index publications, including *IFERC* and *Gas Daily*, that the indices used in calculating index prices.

I understand and agree that natural gas is a commodity as defined in Title 7, United States Code, Section 1a(4), and that natural gas flows through pipelines that cross state lines, thereby affecting interstate commerce. As a physical trader of natural gas for AEPES, I assisted Mr. Foley in reporting trades negotiated during bid week for AEPES' Gulf Desk to *IFERC* for its use in calculating the first of month indices and *Gas Daily* for its use in calculating daily price indices. Between December 31, 2001, and May 31, 2002, I conspired with others at AEPES to report through the means of interstate commerce fictitious trades to *IFERC* and *Gas Daily*. When I reported or caused to be reported fictitious trades to *IFERC* and *Gas Daily*, I attempted to skew the published index prices in the direction that would result in a benefit to the Gulf Desk or AEP's natural gas positions.

_[signature]_  2-15-07
Robertson T. Park

_[signature]_  2-15-07
_[signature]_ David Shurr 2-15-07