HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-021-01</u> |
| | : | |
| vs. | : | |
| | : | |
| BAGGETT, John | : | Disclosure Date: <u>April 13, 2007</u> |

RECEIVED
FRONT OFFICE
2007 MAY -2 A 3:41
U.S. PROBATION OFFICE
DISTRICT OF COLUMBIA

FILED
MAY 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
 ( )  There are no material/factual inaccuracies therein.
 ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
Prosecuting Attorney                                                                  Date

### For the Defendant

(CHECK APPROPRIATE BOX)
 (✓)  There are no material/factual inaccuracies therein.
 ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*John Baggett (by DS)*  5-7-07          *[signature]*  5-7-07
Defendant                    Date            Defense Counsel          Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 27, 2007</u>, to U.S. Probation Officer <u>Monica Johnson</u>, telephone number <u>(202) 565-1332</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
       United States Probation Officer